IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GINETTE HYACINTHE,

    Petitioner,

v.                                          CASE NO. 5:04-cv-63-SPM-AK

DEPARTMENT OF HOMELAND SECURITY,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

This § 2241 matter is before the Court on Respondent's motion to dismiss based on Petitioner's deportation to Haiti.  Doc. 11.  To the extent that Petitioner sought release from detention pending her removal, the motion to dismiss should be granted.  *Soliman v. United States ex rel. INS*, 296 F.3d 1237 (11th Cir. 2002).  However, to the extent that Petitioner contests the validity of the removal itself, the motion to dismiss should be denied.  *Moore v. Ashcroft*, 251 F.3d 919 (11th Cir. 2001).  In anticipation of her removal, Petitioner left her brother's address as a contact address, and thus, she has fulfilled her obligation to keep the Court apprised of a change of address so as to avoid dismissal pursuant to Fed. R. Civ. P. 41(b).

In light of the foregoing, it is respectfully **RECOMMENDED** that Respondent's motion to dismiss, Doc. 11, be **GRANTED IN PART AND DENIED IN PART.**

**IN CHAMBERS** at Tallahassee, Florida, this **23rd** day of March, 2005.

                                              s/ A. KORNBLUM
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**