IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GINETTE HYACINTHE,

    Petitioner,

vs.                                              CASE NO.: 5:04cv63-SPM/AK

DEPARTMENT OF
HOMELAND SECURITY,

    Respondent.
_____/

## **ORDER**

    This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 12) dated March 23, 2005.  Petitioner has been furnished a copy and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 12) is ADOPTED and incorporated by reference in this order.

    2.    Respondent's motion to dismiss (doc. 11) is granted as to Petitioner's

claim for detention pending removal. The motion to dismiss is denied as to Petitioner's challenge to the removal itself.

    3.    This case is remanded to the magistrate judge for further proceedings.

DONE AND ORDERED this 10th day of May, 2005.

          *s/ Stephan P. Mickle*

          Stephan P. Mickle
          United States District Judge