IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GINETTE HYACINTHE,

       Petitioner,

vs.                                CASE NO.: 5:04cv63-SPM/AK

DEPARTMENT OF
HOMELAND SECURITY,

       Respondent.

_____/

## ORDER

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 16) dated February 2, 2006. The parties have been furnished a copy and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 16) is ADOPTED and incorporated by reference in this order.

2.    This case is transferred to the United States Court of Appeals for the

Eleventh Circuit pursuant to the REAL ID Act, Pub.L. 109-13, Div. B, Title I, § 106(c), May 11, 2005, 119 Stat. 311.

DONE AND ORDERED this 1st day of May, 2006.

      *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 5:04cv63-SPM/AK